JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER SUZANNE QUICK, aka SUMMER RODRIGUEZ, aka SUMMER RODRIGUEZ QUICK,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No. 2:14-CV-5370-VBK<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br><br>Judge: Mag. Victor B. Kenton<br><br>Complaint Filed: July 10, 2014 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:14-CV-5370-VBK, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: August 27, 2014

/s/
Mag. Victor B. Kenton
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

139145.1

1

Case No. 2:14-CV-5370-VBK
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE